**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S, and H.K., <br><br> Plaintiffs, <br><br> – *versus* – <br><br> UNITED STATES DEPARTMENT OF STATE, <br><br> and <br><br> UNITED STATES DEPARTMENT OF HOMELAND SECURITY <br><br> Defendants. | **Case No. 1:24-cv-01120** |

**PROOF OF SERVICE**

I, EDWARD J. BENNETT, ESQ., hereby declare as follows:

1. I am an attorney at Williams & Connolly LLP and a member of the bar of this Court. I am counsel of record for Plaintiffs M.M.M., G.S., M.O.K., B.S.S., and H.K in the above-captioned action. I submit this declaration as proof of service on Defendants, pursuant to Federal Rule of Civil Procedure 4(l)(1) and 28 U.S.C. § 1746.

2. On July 3, 2024, pursuant to Federal Rule of Civil Procedure 4(i)(2), I caused a copy of the summons and complaint to be served on Defendant United States Department of State. Service was effected through certified mail directed to the Office of the Legal Adviser (600 19th St NW, Suite 5.600, Washington, DC 20522).

3. On July 3, 2024, pursuant to Federal Rule of Civil Procedure 4(i)(2), I caused a copy of the summons and complaint to be served on Defendant United States Department of Homeland

Security. Service was effected through certified mail directed to the Office of the General Counsel (245 Murray Lane SW, Mail Stop 0485, Washington, DC 20528-0485).

4. On July 3, 2024, pursuant to Federal Rules of Civil Procedure 4(i)(1)(A)(ii) and 4(i)(2), I caused a copy of the summons and complaint to be served on the United States Attorney's Office for the Eastern District of Virginia. Service was effected through certified mail directed to the Civil Process Clerk (2100 Jamieson Avenue, Alexandria, VA 22314).

5. On July 3, 2024, pursuant to Federal Rules of Civil Procedure (4)(i)(1)(B) and 4(i)(2), I caused a copy of the summons and complaint to be served on the United States Attorney General's Office. Service was effected through certified mail directed to the Attorney General (950 Pennsylvania Ave NW, Washington, DC 20530).

\* \* \*

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 19, 2024

Edward J. Bennett (Virginia Bar No. 40118)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
(202) 434-5000

*Attorney for Plaintiffs M.M.M., G.S., M.O.K., B.S.S., and H.K*