**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:24cv1120 (MSN/IDD) |
| ) | |
| UNITED STATES DEPARMENT OF STATE ) | |
| and UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants, by and through counsel, move this Court for an Order dismissing Plaintiffs' claims for lack of subject matter jurisdiction and/or failure to state a claim. In support of their motion, Defendants respectfully refer the Court to the memorandum in support being filed contemporaneously with this motion.

Dated: September 17, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

*By*: _____/s/_____
ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Special Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3785
Fax:   (703) 299-3983
Email: Lizzie.Spavins@usdoj.gov

1

Christian.Cooper@usdoj.gov
*Counsel for Defendants*