# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARMENT OF STATE ) <br> and UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Defendants. ) | Case No. 1:24cv1120 (MSN/IDD) |

## JOINT STATUS REPORT

Pursuant to the Court's December 2, 2024 Order, Dkt. 44, and following the November 14, 2024, Settlement Conference in this matter, the parties hereby provide this status report to inform the Court that settlement negotiations between the parties are ongoing.

At this time, the parties plan to continue these negotiations without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in ten (10) days, on December 20, 2024, as to the status of their negotiations. The parties will notify the Court if the parties reach an agreement to settle the above-captioned matter.

Dated: December 10, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

/s/
Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)

/s/
ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER

| | |
|---|---|
| Nicole E. Ratelle (admitted pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>ebennett@wc.com<br>jjoiner@wc.com<br>rscarborough@wc.com<br>nratelle@wc.com | Assistant United States Attorney<br>Office of the United States Attorney<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel:   (703) 299-3785<br>Fax:  (703) 299-3983<br>Email: lizzie.spavins@usdoj.gov<br>*Counsel for Defendants* |

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*