**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K.,      ) | |
|                ) | |
|         Plaintiffs,           ) | |
|                ) | |
|      v.               ) | Case No. 1:24cv1120 (MSN/IDD) |
|                ) | |
| UNITED STATES DEPARMENT OF STATE   ) | |
| and UNITED STATES DEPARTMENT OF      ) | |
| HOMELAND SECURITY,          ) | |
|                ) | |
|         Defendants.         ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's December 2, 2024 Order, Dkt. 44, and following the November 14, 2024, Settlement Conference in this matter, the parties hereby provide this status report to inform the Court that settlement negotiations between the parties are ongoing. Although the parties are reticent to provide details about the settlement negotiations because of the requirements of Federal Rule of Evidence 408, Defendants are able to inform the Court at this time that Defendants have been working on guidance relevant to certain Afghan SIV applicants.

At this time, the parties plan to continue these negotiations without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in twenty-one (21) days, on January 10, 2024, as to the status of their negotiations. The parties will notify the Court if the parties reach an agreement to settle the above-captioned matter.

Dated: December 20, 2024

Respectfully submitted,

JESSICA D. ABER
UNITED STATES ATTORNEY

_____/s/_____

Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
nratelle@wc.com

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*

_____/s/_____

ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's
Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3785
Fax:    (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*