**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARMENT OF STATE ) <br> and UNITED STATES DEPARTMENT OF ) <br> HOMELAND SECURITY, ) <br> ) <br> Defendants. ) | Case No. 1:24cv1120 (MSN/IDD) |

**JOINT STATUS REPORT**

Pursuant to the Court's January 13, 2025 Order, Dkt. 49, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. Defendants are able to inform the Court at this time that the Foreign Affairs Manual has been updated with guidance relevant to certain Afghan SIV applicants, *see* 9 FAM 502.1-1(D)(5)(a)(6). In addition, two Plaintiffs have submitted requests to withdraw their I-360 Petitions, which Defendants are processing. Finally, Defendants report that the U.S. Embassy in Islamabad, Pakistan has scheduled Plaintiff H.K.'s visa interview for February 6, 2025.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on January 31, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

| Dated: January 17, 2025 | Respectfully submitted, |
|---|---|
| | JESSICA D. ABER<br>UNITED STATES ATTORNEY |
| _____/s/_____<br>Edward J. Bennett (VSB No. 40118)<br>John E. Joiner (admitted pro hac vice)<br>Ryan T. Scarborough (VSB No. 43170)<br>Nicole E. Ratelle (admitted pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>ebennett@wc.com<br>jjoiner@wc.com<br>rscarborough@wc.com<br>nratelle@wc.com<br><br>Linda Evarts (*admitted pro hac vice*)<br>INTERNATIONAL REFUGEE<br>ASSISTANCE PROJECT<br>One Battery Park Plaza, 33rd Floor<br>New York, NY 10004<br>Telephone: (516) 838-1655<br>Fax: (516) 324-2267<br>levarts@refugeerights.org<br>*Counsel for the Plaintiffs* | _____/s/_____<br>ELIZABETH A. SPAVINS<br>Assistant United States Attorney<br>CHRISTIAN J. COOPER<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel:     (703) 299-3785<br>Fax:    (703) 299-3983<br>Email: lizzie.spavins@usdoj.gov<br>*Counsel for Defendants* |