**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 1:24cv1120 (MSN/IDD) |
| | ) | |
| UNITED STATES DEPARMENT OF STATE | ) | |
| and UNITED STATES DEPARTMENT OF | ) | |
| HOMELAND SECURITY, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's January 22, 2025 Order, Dkt. 51, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. In addition to the updates provided in the parties' January 17, 2025, status report, Defendants report that they are continuing to process the two submitted requests to withdraw I-360 Petitions. Defendants further report that a consular officer at the U.S. Embassy in Islamabad, Pakistan, interviewed Plaintiff H.K. on January 29, 2025, and refused his visa application under section 221(g) of the Immigration and Nationality Act for administrative processing. On January 31, 2025, the Embassy requested that H.K. return on February 3, 2025, to take the oath and to be fingerprinted.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on February 14, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

Dated: January 31, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

_____/s/_____

_____/s/_____

Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
nratelle@wc.com

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*

ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's
Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3785
Fax:    (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*