**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) )  Case No. 1:24cv1120 (MSN/IDD) |
| UNITED STATES DEPARMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) ) |
| Defendants. | ) ) |

**JOINT STATUS REPORT**

Following the parties' Joint Status Report to the Court on January 31, 2025, Dkt. 53, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. In addition to the updates provided in the parties' January 31, 2025, status report, Defendants report that they have processed G.S.'s and M.M.M.'s requests to withdraw their I-360 petitions, created new cases using their DS-157s as the applicable petition, and G.S. and M.M.M. must submit a DS-260 Immigrant Visa Electronic Application and other required documents to the National Visa Center in order to continue processing. Plaintiffs report that Defendants' systems do not currently allow M.M.M. and G.S. to fill out DS-260s, but they are prepared to do so as soon as they are able. Defendants further report that a consular officer at the U.S. Embassy in Islamabad, Pakistan, interviewed H.K. and refused his visa application under INA 221(g) for administrative processing.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide

a further update to this Court in fourteen (14) days, on February 28, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

Dated: February 14, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

      /s/
Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
nratelle@wc.com

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*

      /s/
ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3785
Fax:   (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*

2