IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M. M. M., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-1120 MSN/IDD |
| | ) |
| U.S. DEPARTMENT OF STATE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

These matters are before the Court on Plaintiffs' Motion to Seal Identifying Declarations [Dkt. No. 8] and Plaintiffs' Motion for Leave to Proceed Under Pseudonyms [Dkt. No. 12]. These matters can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motions and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion to Seal Identifying Declarations is **GRANTED**. It is further

ORDERED that the Clerk's Office is **directed** to seal, in their entirety, Plaintiffs' Identifying Declarations [Dkt. No. 12, Exhibit Nos. 1-5]. It is further

ORDERED that Plaintiffs' Motion for Leave to Proceed Under Pseudonyms is **GRANTED**. The Court finds that Plaintiffs have sufficiently demonstrated that their "interest in anonymity [outweighs]…the public interest in openness[.]" *See Doe v. Public Citizen*, 749 F.3d 246, 273-74 (4th Cir. 2014).

ENTERED this 18th day of February 2025.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia