IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br>         Defendants. | No. 1:24cv1120 (MSN/IDD) |

## **ORDER**

This matter comes before the Court on the parties' joint request that they be permitted to provide a further update to this Court as to the status of their settlement negotiations on February 28, 2025 (ECF 54). The Court will GRANT the parties' request. It is hereby

ORDERED that the parties shall file a status report with this Court on February 28, 2025, detailing the status of their settlement negotiations.

It is SO ORDERED.

/s/
Hon. Michael S. Nachmanoff
United States District Judge

February 21, 2025
Alexandria, Virginia