IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

M.M.M., G.S., M.O.K., B.S.S., AND H.K.,
Plaintiffs,

v.

UNITED STATES DEPARTMENT OF
STATE and UNITED STATES
DEPARTMENT OF HOMELAND
SECURITY,
Defendants.

No. 1:24cv1120 (MSN/IDD)

## ORDER

This matter comes before the Court on the parties' joint request that they be permitted to provide a further update to this Court as to the status of their settlement negotiations on May 9, 2025 (ECF 65). The Court will GRANT the parties' request. It is hereby

ORDERED that the parties shall file a status report with this Court on May 9, 2025, detailing the status of their settlement negotiations.

It is SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

April 28, 2025
Alexandria, Virginia