IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K.,<br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>STATE and UNITED STATES<br>DEPARTMENT OF HOMELAND<br>SECURITY,<br>Defendants. | No. 1:24cv1120 (MSN/IDD) |

## ORDER

This matter comes before the Court on the parties' joint request that they be permitted to provide a further update to this Court as to the status of their settlement negotiations on May 23, 2025 (ECF 67). The Court will GRANT the parties' request. It is hereby

ORDERED that the parties shall file a status report with this Court on May 23, 2025, detailing the status of their settlement negotiations.

It is SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge
_____
Hon. Michael S. Nachmanoff
United States District Judge

May 12, 2025
Alexandria, Virginia