**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 1:24-cv-01120 |

## NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF H.K.'S CLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff H.K., through his undersigned counsel, hereby voluntarily dismisses his claim (Claim Five of the Complaint) against Defendants United States Department of State and United States Department of Homeland Security.

Dated: June 5, 2025                          Respectfully submitted,

                                                     */s/ Ryan T. Scarborough*
                                                   Edward J. Bennett (VSB No. 40118)
                                                   John E. Joiner (admitted pro hac vice)
                                                   Ryan T. Scarborough (VSB No. 43170)
                                                   Lauren A. Weinberger (admitted pro hac vice)
                                                   Nicole E. Ratelle (admitted pro hac vice)
                                                   WILLIAMS & CONNOLLY LLP
                                                   680 Maine Avenue SW
                                                   Washington, DC 20024
                                                   Telephone: (202) 434-5000
                                                   ebennett@wc.com
                                                   jjoiner@wc.com
                                                   rscarborough@wc.com
                                                   lweinberger@wc.com
                                                   nratelle@wc.com

Linda Evarts (admitted pro hac vice)
INTERNATIONAL REFUGEE ASSISTANCE
PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Voluntary Dismissal of Plaintiff H.K.'s Claim has been served upon counsel of record by filing the same using the Court's CM/ECF system this 5th day of June 2025.

*/s/ Ryan T. Scarborough*
Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Lauren A. Weinberger (admitted pro hac vice)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
lweinberger@wc.com
nratelle@wc.com

Linda Evarts (admitted pro hac vice)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org

*Counsel for Plaintiffs*
