IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, </br></br> Defendants. | Case No. 1:24cv1120 (MSN/IDD) |

**JOINT STATUS REPORT**

Pursuant to this Court's Court Order on May 27, 2025, Dkt. 70, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. In addition to the updates provided in the parties' May 23, 2025, status report, the parties report that H.K. has voluntarily dismissed his claim pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In addition, Plaintiffs report that Plaintiff G.S. and his family have completed their medical exams and vaccinations, and they continue to await an interview date. Defendants report that completion of this medical exam is a precursor to receiving an interview date.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in six (6) days, on June 12, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |
| | ERIK S. SIEBERT<br>UNITED STATES ATTORNEY |
| _____/s/_____<br>Edward J. Bennett (VSB No. 40118)<br>John E. Joiner (admitted pro hac vice)<br>Ryan T. Scarborough (VSB No. 43170)<br>Nicole E. Ratelle (admitted pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>ebennett@wc.com<br>jjoiner@wc.com<br>rscarborough@wc.com<br>nratelle@wc.com<br><br>Linda Evarts (*admitted pro hac vice*)<br>INTERNATIONAL REFUGEE<br>ASSISTANCE PROJECT<br>One Battery Park Plaza, 33rd Floor<br>New York, NY 10004<br>Telephone: (516) 838-1655<br>Fax: (516) 324-2267<br>levarts@refugeerights.org<br>*Counsel for the Plaintiffs* | _____/s/_____<br>ELIZABETH A. SPAVINS<br>Assistant United States Attorney<br>CHRISTIAN J. COOPER<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel:   (703) 299-3785<br>Fax:  (703) 299-3983<br>Email: lizzie.spavins@usdoj.gov<br>*Counsel for Defendants* |