IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> Defendants. | Case No. 1:24-cv-01120 |

### NOTICE OF VOLUNTARY DISMISSAL OF PLAINTIFF H.K.'S CLAIM

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff H.K., through his undersigned counsel, hereby voluntarily dismisses his claim (Claim Five of the Complaint) against Defendants United States Department of State and United States Department of Homeland Security.

Dated: June 5, 2025

So Ordered

/s/
Michael S. Nachmanoff
United States District Judge
6/9/25

Respectfully submitted,

/s/ Ryan T. Scarborough
Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Lauren A. Weinberger (admitted pro hac vice)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
lweinberger@wc.com
nratelle@wc.com

1

Linda Evarts (admitted pro hac vice)
INTERNATIONAL REFUGEE ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org

*Counsel for Plaintiffs*