**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | )    Case No. 1:24-cv-1120-MSN-IDD |
| | ) |
| UNITED STATES DEPARTMENT OF STATE | ) |
| and UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, | ) |
| | ) |
| *Defendants*. | ) |
| | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Court Order on June 9, 2025, Dkt. 74, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing.  In addition to the updates provided in the parties' June 6, 2025, status report, the parties report that if a need arises to update the Court about the June 4, 2025, Presidential Proclamation[1] with respect to this case, the parties will do so at that time.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on June 27, 2025, as to the status of their

---

[1] Donald J. Trump, *Restricting the Entry of Foreign Nationals to Protect the United States from Foreign Terrorists and other National Security and Public Safety Threats* (June 4, 2025), available at https://www.whitehouse.gov/presidential-actions/2025/06/restricting-the-entry-of-foreign-nationals-to-protect-the-united-states-from-foreign-terrorists-and-other-national-security-and-public-safety-threats/

discussions. The parties will notify the Court if the discussions result in resolution of some or all

of claims in the above-captioned matter.

Dated: June 13, 2025                                              Respectfully submitted,

                                                                 ERIK S. SIEBERT
                                                                 UNITED STATES ATTORNEY

_____/s/_____              _____/s/_____
Edward J. Bennett (VSB No. 40118)              ELIZABETH A. SPAVINS
John E. Joiner (admitted pro hac vice)         Assistant United States Attorney
Ryan T. Scarborough (VSB No. 43170)            CHRISTIAN J. COOPER
Nicole E. Ratelle (admitted pro hac vice)      Assistant United States Attorney
WILLIAMS & CONNOLLY LLP                        Office of the United States Attorney
680 Maine Avenue SW                            Justin W. Williams U.S. Attorney's Building
Washington, DC 20024                           2100 Jamieson Avenue
Telephone: (202) 434-5000                      Alexandria, Virginia 22314
Fax: (202) 434-5029                            Tel:    (703) 299-3785
ebennett@wc.com                                Fax:    (703) 299-3983
jjoiner@wc.com                                 Email: lizzie.spavins@usdoj.gov
rscarborough@wc.com                                     christian.cooper@usdoj.gov
nratelle@wc.com                                *Counsel for Defendants*

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*

2