IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.M.M. *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:24-cv-1120 MSN/IDD |
| | ) |
| UNITED STATES DEPARTMENT OF STATE *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This matter is before the Court on Motion to Withdraw Appearance of Lauren Weinberger [Dkt. No. 79] ("Motion"). This matter can be resolved without oral argument, as such argument would not aid the decisional process. Upon consideration of the Motion and for good cause shown, it is hereby

ORDERED that the Motion is **GRANTED**. Ms. Lauren Weinberger is hereby **WITHDRAWN** as counsel for Plaintiffs.

ENTERED this 11th day of July 2025.

/s/
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia