IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., <br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br> Defendants. | No. 1:24cv1120 (MSN/IDD) |

## ORDER

This matter comes before the Court on the parties' joint request that they be permitted to provide a further update to this Court as to the status of their settlement negotiations on July 25, 2025 (ECF 80). The Court will GRANT the parties' request. It is hereby

ORDERED that the parties shall file a status report with this Court on July 25, 2025, detailing the status of their settlement negotiations.

It is SO ORDERED.

/s/
Michael S. Nachmanoff
United States District Judge

Hon. Michael S. Nachmanoff
United States District Judge

July 14, 2025
Alexandria, Virginia