**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Case No. 1:24cv1120 (MSN/IDD) |
| | ) |
| UNITED STATES DEPARTMENT OF STATE | ) |
| and UNITED STATES DEPARTMENT OF | ) |
| HOMELAND SECURITY, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

Pursuant to this Court's Court Order on July 14, 2025, Dkt. 82, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing.  In addition to the updates provided in the parties' July 11, 2025, status report, the parties report that G.S. and some of his family members were issued visas.

At this time, the parties plan to continue these discussions without Court intervention.  Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on August 8, 2025, as to the status of their discussions.  The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

Dated: July 25, 2025

Respectfully submitted,

ERIK S. SIEBERT
UNITED STATES ATTORNEY

_____/s/_____

Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
nratelle@wc.com

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*

_____/s/_____

ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's
Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:     (703) 299-3785
Fax:     (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*