**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF STATE )<br>and UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>)<br>Defendants. ) | Case No. 1:24cv1120 (MSN/IDD) |

## JOINT STATUS REPORT

Pursuant to this Court's Court Order on July 28, 2025, Dkt. 84, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. In addition to the updates provided in the parties' July 25, 2025, status report, the parties report that G.S. and some of his family members have plans to travel to the United States shortly.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on August 22, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

Dated: August 8, 2025                                    Respectfully submitted,

                                           ERIK S. SIEBERT
                                           UNITED STATES ATTORNEY

     /s/                                            /s/
Edward J. Bennett (VSB No. 40118)                        ELIZABETH A. SPAVINS
John E. Joiner (admitted pro hac vice)                   Assistant United States Attorney
Ryan T. Scarborough (VSB No. 43170)                      CHRISTIAN J. COOPER
Nicole E. Ratelle (admitted pro hac vice)                Assistant United States Attorney
WILLIAMS & CONNOLLY LLP                                  Office of the United States Attorney
680 Maine Avenue SW                                      Justin W. Williams U.S. Attorney's
Washington, DC 20024                                     Building
Telephone: (202) 434-5000                                2100 Jamieson Avenue
Fax: (202) 434-5029                                      Alexandria, Virginia 22314
ebennett@wc.com                                          Tel:    (703) 299-3785
jjoiner@wc.com                                           Fax:    (703) 299-3983
rscarborough@wc.com                                      Email: lizzie.spavins@usdoj.gov
nratelle@wc.com                                          *Counsel for Defendants*

Linda Evarts (*admitted pro hac vice*)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (516) 838-1655
Fax: (516) 324-2267
levarts@refugeerights.org
*Counsel for the Plaintiffs*