# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Case No. 1:24cv1120 (MSN/IDD) |
| ) | |
| UNITED STATES DEPARTMENT OF STATE ) | |
| and UNITED STATES DEPARTMENT OF ) | |
| HOMELAND SECURITY, ) | |
| ) | |
| Defendants. ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Court Order on August 8, 2025, Dkt. 86, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. In addition to the updates provided in the parties' August 8, 2025, status report, the parties report that G.S. and some of his family members have arrived in the United States.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on September 5, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of claims in the above-captioned matter.

| | |
|---|---|
| Dated: August 22, 2025 | Respectfully submitted, |
| | ERIK S. SIEBERT<br>UNITED STATES ATTORNEY |
| _____/s/_____<br>Edward J. Bennett (VSB No. 40118)<br>John E. Joiner (admitted pro hac vice)<br>Ryan T. Scarborough (VSB No. 43170)<br>Nicole E. Ratelle (admitted pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>ebennett@wc.com<br>jjoiner@wc.com<br>rscarborough@wc.com<br>nratelle@wc.com<br><br>Linda Evarts (*admitted pro hac vice*)<br>INTERNATIONAL REFUGEE ASSISTANCE PROJECT<br>One Battery Park Plaza, 33rd Floor<br>New York, NY 10004<br>Telephone: (516) 838-1655<br>Fax: (516) 324-2267<br>levarts@refugeerights.org<br>*Counsel for the Plaintiffs* | _____/s/_____<br>ELIZABETH A. SPAVINS<br>Assistant United States Attorney<br>CHRISTIAN J. COOPER<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel:   (703) 299-3785<br>Fax:   (703) 299-3983<br>Email: lizzie.spavins@usdoj.gov<br>*Counsel for Defendants* |