IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

M.M.M., G.S., M.O.K., B.S.S., AND H.K.,        )
                                               )
              Plaintiffs,                      )
                                               )
       v.                                      )        Case No. 1:24cv1120 (MSN/IDD)
                                               )
UNITED STATES DEPARTMENT OF STATE )
and UNITED STATES DEPARTMENT OF      )
HOMELAND SECURITY,                       )
                                               )
              Defendants.                      )

## JOINT STATUS REPORT

Pursuant to this Court's Court Order on August 25, 2025, Dkt. 88, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. In addition to the updates provided in the parties' August 22, 2025, status report, the parties report that G.S.'s spouse's application remains pending.

At this time, the parties plan to continue these discussions without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on September 19, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of the claims in the above-captioned matter.

*So Ordered*

/s/
Michael S. Nachmanoff
United States District Judge

9/8/25