# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., )<br>  )<br>  *Plaintiffs*, )<br>  )<br>  v. )<br>  )<br>UNITED STATES DEPARTMENT OF STATE )<br>and UNITED STATES DEPARTMENT OF )<br>HOMELAND SECURITY, )<br>  )<br>  *Defendants*. )<br>  ) | Case No. 1:24cv1120 (MSN/IDD) |

## JOINT STATUS REPORT

Pursuant to this Court's Court Order on October 6, 2025, ECF 102, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. The parties previously reported that G.S.'s spouse's visa was issued on September 24, 2025. On October 3, 2025, G.S.'s spouse was admitted to the United States. Because G.S. and his family have arrived in the U.S., G.S. will move to dismiss his claim in this action.

At this time, the parties plan to continue discussions on the remaining Plaintiffs in this action without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in fourteen (14) days, on October 31, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of the claims in the above-captioned matter.

Dated: October 17, 2025

      /s/
Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
nratelle@wc.com

Ghita Schwarz*
Guadalupe Victoria Aguirre*
Pedro Sepulveda, Jr.*
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (646) 819-3805
Fax: (516) 324-2267
levarts@refugeerights.org
gschwarz@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org
*Counsel for the Plaintiffs*

*Motion for leave to appear *pro hac vic*e pending.

Respectfully submitted,

LINDSEY HALLIGAN
UNITED STATES ATTORNEY

      /s/
ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:   (703) 299-3785
Fax:   (703) 299-3983
Email: lizzie.spavins@usdoj.gov
*Counsel for Defendants*