**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| M.M.M., G.S., M.O.K., B.S.S., AND H.K., | ) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 1:24-cv-01120-MSN-IDD |
| UNITED STATES DEPARTMENT OF STATE and UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) |
| *Defendants*. | ) |

**JOINT STATUS REPORT**

Pursuant to this Court's Order on November 3, 2025, ECF 108, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. Plaintiffs G.S. and H.K. have dismissed their claims from this action, and Plaintiff M.M.M. has asked to transfer his application to Post Islamabad for further action.

At this time, the parties plan to continue discussions on the remaining Plaintiffs in this action without Court intervention. Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in twenty-one (21) days, on December 12, 2025, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of the claims in the above-captioned matter.

| | |
|---|---|
| Dated: November 21, 2025 | Respectfully submitted,<br><br>LINDSEY HALLIGAN<br>UNITED STATES ATTORNEY |
| _____/s/_____<br>Edward J. Bennett (VSB No. 40118)<br>John E. Joiner (admitted pro hac vice)<br>Ryan T. Scarborough (VSB No. 43170)<br>Nicole E. Ratelle (admitted pro hac vice)<br>WILLIAMS & CONNOLLY LLP<br>680 Maine Avenue SW<br>Washington, DC 20024<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>ebennett@wc.com<br>jjoiner@wc.com<br>rscarborough@wc.com<br>nratelle@wc.com<br><br>Ghita Schwarz (admitted pro hac vice)<br>Guadalupe Victoria Aguirre (admitted pro hac vice)<br>Pedro Sepulveda, Jr. (admitted pro hac vice)<br>INTERNATIONAL REFUGEE ASSISTANCE PROJECT<br>One Battery Park Plaza, 33rd Floor<br>New York, NY 10004<br>Telephone: (646) 819-3805<br>Fax: (516) 324-2267<br>levarts@refugeerights.org<br>gschwarz@refugeerights.org<br>laguirre@refugeerights.org<br>psepulveda@refugeerights.org<br>*Counsel for the Plaintiffs* | _____/s/_____<br>ELIZABETH A. SPAVINS<br>Assistant United States Attorney<br>CHRISTIAN J. COOPER<br>Assistant United States Attorney<br>Office of the United States Attorney<br>Justin W. Williams U.S. Attorney's Building<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314<br>Tel:   (703) 299-3785<br>Fax:   (703) 299-3983<br>Email: lizzie.spavins@usdoj.gov<br>*Counsel for Defendants* |