**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

M.M.M., G.S., M.O.K., B.S.S., AND H.K.,   )
                                 )
       *Plaintiffs*,         )
                                 )
    v.                     )     Case No. 1:24-cv-01120-MSN-IDD
                                 )
UNITED STATES DEPARTMENT OF STATE )
and UNITED STATES DEPARTMENT OF   )
HOMELAND SECURITY,          )
                                 )
       *Defendants*.       )
                                 )

**JOINT STATUS REPORT**

Pursuant to this Court's Order on July 14, 2026, ECF 134, the parties hereby provide this status report to inform the Court that discussions between the parties are ongoing. Plaintiff M.M.M. has asked to transfer his application to Post Islamabad for further action.

Plaintiffs' counsel has also raised questions with Defendants' counsel regarding the Defendant agencies' recent publicly available documents impacting Afghan nationals' immigration pathways, including SIV and humanitarian parole.

At this time, the parties plan to continue discussions on the remaining Plaintiffs in this action without Court intervention.  Accordingly, in the interest of judicial economy, and to avoid an unnecessary and burdensome expenditure of this Court's resources, the parties jointly request that they be permitted to provide a further update to this Court in four (4) weeks, on September 4, 2026, as to the status of their discussions. The parties will notify the Court if the discussions result in resolution of some or all of the claims in the above-captioned matter.

1

Dated: August 7, 2026

Respectfully submitted,

TODD W. BLANCHE
ACTING ATTORNEY GENERAL

THEOPHANI K. STAMOS
FIRST ASSISTANT UNITED STATES
ATTORNEY

_____/s/_____
Edward J. Bennett (VSB No. 40118)
John E. Joiner (admitted pro hac vice)
Ryan T. Scarborough (VSB No. 43170)
Nicole E. Ratelle (admitted pro hac vice)
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Fax: (202) 434-5029
ebennett@wc.com
jjoiner@wc.com
rscarborough@wc.com
nratelle@wc.com

Ghita Schwarz (admitted pro hac vice)
Guadalupe Victoria Aguirre (admitted pro hac
vice)
Pedro Sepulveda, Jr. (admitted pro hac vice)
INTERNATIONAL REFUGEE
ASSISTANCE PROJECT
One Battery Park Plaza, 33rd Floor
New York, NY 10004
Telephone: (646) 819-3805
Fax: (516) 324-2267
levarts@refugeerights.org
gschwarz@refugeerights.org
laguirre@refugeerights.org
psepulveda@refugeerights.org
*Counsel for the Plaintiffs*

_____/s/_____
ELIZABETH A. SPAVINS
Assistant United States Attorney
CHRISTIAN J. COOPER
Assistant United States Attorney
Office of the United States Attorney
Justin W. Williams U.S. Attorney's
Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel:    (703) 299-3785
Fax:    (703) 299-3983
Email:  lizzie.spavins@usdoj.gov
*Counsel for Defendants*

2